

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00005-CV |
| IN RE:   PEGGY SMART, formerly known as PEGGY CHATELAIN , | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Relator, Peggy Smart, asks this Court to issue a writ of mandamus against the Honorable Bob Parks, Judge of the 143rd District Court of Reeves County.  To be entitled to mandamus relief, a relator must meet two requirements.  First, the relator must show that the trial court clearly abused its discretion.  *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004).  Second, the relator must demonstrate he has no adequate remedy by appeal.  *Id*. at 135-36.  Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief.  Accordingly, we deny mandamus relief.  *See* TEX. R. APP. P. 52.8(a).

GUADALUPE RIVERA, Justice

June 20, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.